# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: SPARK PLUG CASES | 2:15-cv-03003 |
| THIS RELATES TO: | Case No. 2:15-cv-11868 |

IFEOMA ADAMS, *et al*,

        Plaintiffs,

v.

Denso Corporation, Denso International America, Inc., Denso Automotive Deutschland GmBH, NGK Spark Plug Co. Ltd., NGK Spark Plugs (U.S.A.), Inc., Robert Bosch GmBH, and Robert Bosch LLC,

        Defendants

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Gregory P. Hansel of the law firm of Preti Flaherty Beliveau & Pachios, LLP hereby enters his appearance as counsel for Direct Purchaser Plaintiffs, interest parties in the above-captioned matter.

Dated: September 2, 2015

    /s/ Gregory P. Hansel
    Preti Flaherty Beliveau & Pachios, LLP
    One City Center, PO Box 9546
    Portland, ME 04112
    Tel. 207-791-3000
    Fax 207-791-3111
    ghansel@preti.com

    One of the attorneys for Direct Purchaser Plaintiffs, Interested Parties

9130071.1

CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2015 I electronically filed the foregoing document with the Clerk for the Court using the ECF system which will send notification of such filing to ECF-registered counsel.

/s/ Gregory P. Hansel
Preti Flaherty Beliveau & Pachios, LLP
One City Center, PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
ghansel@preti.com

One of the attorneys for Direct Purchaser Plaintiffs, Interested Parties

9130071.1