# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Spark Plugs | Case No. 2:15-cv-03003 |
| THIS DOCUMENT RELATES TO:<br>End-Payor Actions | |

## NOTICE OF WITHDRAWAL OF OBJECTION

The objection of Class Member Caitlin Ahearn, dated July 12, 2018 (Docket No. 1927), is hereby withdrawn with prejudice and without costs to any party.

Respectfully Submitted,

*/s/ Edward W. Cochran*
Edward W. Cochran (0032942)
20030 Marchmont Rd.
Cleveland, Ohio 44122
(216) 751-5546
edwardcochran@wowway.com

Date: July 31, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the USDC for the ED MI on July 31, 2018, and that as a result electronic notice of the filing was served upon all attorneys of record.

Respectfully Submitted,

*/s/ Edward W. Cochran*
Edward W. Cochran (0032942)
20030 Marchmont Rd.
Cleveland, Ohio 44122
(216) 751-5546
edwardcochran@wowway.com